<u>**VIA FAX**</u>

September 15, 2010

Hon. Leonard D. Wexler
100 Federal Plaza
Central Islip, New York 11722-4449

                Re:  United States v. Darrin Moore
                    Docket No. CR-10-565

Dear Hon. Judge Wexler:

     Pursuant to conversation had with Chambers today, this shall confirm the adjournment of the status conference at the defendant's request previously scheduled for September 17, 2010, to October 7, 2010, at ll:00 a.m.

     Thank you for your kind attention in this matter.

                                                      Very truly yours,

                                                      BENEDICT S. GULLO, JR.

BSG:pl
cc:  AUSA Michael Canty
     Darrin Moore